### ANON.

*On a motion for a new trial, on the ground of newly discovered evidence, a case of what transpired on the trial must be presented.*

A MOTION was made for a new trial, on the ground of newly discovered evidence, and nothing but the *affidavits* in support of the motion were handed up. THE COURT refused to hear the motion, because the affidavits were not accompaing by a *case*, shewing what transpired on the trial, observing that such was the settled practice of the court, and that it would not be departed from.

**END OF MAY TERM.**

# CASES

## ARGUED AND DETERMINED

##### IN THE

# SUPREME COURT OF JUDICATURE

##### OF THE

## STATE OF NEW-YORK.

##### IN JULY TERM, 1831, IN THE FIFTY-SIXTH YEAR OF OUR INDEPENDENCE.

---

### JACKSON ex dem. E. Doran and others, *vs.* GREEN.

No one who is obliged to trace his descent through *an alien* can inherit real estate, if the death of the owner happened *previous* to the 1st January, 1830, until when, the statute, 11 and 12 Wm. III. ch. 6, was not incorporated into our law of *descent*; so HELD, where the children of a *naturalized citizen* claimed that their father was the heir of a *naturalized citizen*, they being obliged to trace their descent through their grand mother, who was an alien.

*It seems,* however, that this rule would not apply where the claimant was a brother of the person last seised; the descent from brother to brother is considered *immediate;* but not so from cousin to cousin.

THIS was an action of ejectment, tried at the New-York circuit in October, 1828, before the Hon. OGDEN EDWARDS, one of the circuit judges.

Felix Cunningham an *Irishman,* became a *naturalized citizen* of this country in 1806, and in 1821 died without issue, seised and possessed of a house and lot in the city of New-York, the premises in question, purchased by him after his naturalization. The lessors of the plaintiff are the children and heirs at law of James Doran, also an *Irishman,* a first cousin of Cunningham, their mothers being sisters. James Doran